# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| **AREDIA® AND ZOMETA® PRODUCTS** | ) | |
| **LIABILITY LITIGATION** | ) | |
| | ) | No. 3:06-MD-1760 |
| **(MDL No. 1760)** | ) | Judge Campbell/Brown |
| | ) | |
| **This Document Relates to:** | ) | |
| 3:06-cv-00960 (*Waller*) | ) | |
| 3:06-cv-01026 (*Summers*) | ) | |

The court ordered the parties in the Group One cases above to complete discovery not later than May 1, 2014. (Doc. 7344) The parties have not responded to the court's prior order.

The parties in the above-styled cases shall jointly notice the court not later than May 23, 2014 whether discovery has been completed per the court's prior order. If discovery has not been completed, the parties shall jointly explain why not.

It is so **ORDERED.**

**ENTERED** this 5th day of May, 2014.

/s/Joe B. Brown
Joe B. Brown
United States Magistrate Judge